FILED
August 07, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:_____NM_____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **MATTHEW ANDREW GARCES,** | § | |
| **Plaintiff,** | § | |
| v. | § | **NO. SA-25-CV-00685-OLG** |
| **ROSE DOE,** *et al.*, | § | |
| **Defendants.** | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Elizabeth S. Chestney's Report and Recommendation (R&R), filed July 1, 2025, concerning Plaintiff's pro se complaint. (*See* R&R, Dkt. No. 8.) Plaintiff's objections to the R&R were filed the same day. (*See* Dkt. No. 13.)

When a party objects to an R&R, the Court must make a de novo determination as to "any part of the magistrate judge's disposition that has been properly objected to." FED. R. CIV. P. 72(b)(3); *see United States. v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989). Objections must be specific; frivolous, conclusory, or general objections need not be considered by the district court. *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982), *overruled on other grounds by Douglass v. U.S. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)). Nevertheless, the Court has conducted a de novo review and finds that the R&R is in all things correct and that Plaintiff's objections should be and hereby are **OVERRULED**.

The Court therefore **ADOPTS** Judge Chestney's R&R (Dkt. No. 8) and, for the reasons set forth therein, Plaintiff's claims are **DISMISSED WITH PREJUDICE** for failure to state a federal cause of action. *See* 28 U.S.C. § 1915(e).

This case is **CLOSED.**

It is so **ORDERED**.

**SIGNED** this ____7____ day of August 2025.

_____
ORLANDO L. GARCIA
United States District Judge